KIEL J STURM
PO Box 5381
Santa Clara CA 95056
Tel.: (408) 455-0829
Email: kiel@pobox.com

Plaintiff in pro per

FILED

2011 JAN 14 P 3: 55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIEL J STURM,

        Plaintiff,

    vs.

THE WORLD, et al.,

        Defendants

Case No.:

CV 11-00236 PSG

COMPLAINT

**COMPLAINT FOR ALIEN TORT**

1. **Jurisdiction.** This court has jurisdiction over this complaint because at least one cause of action arises under a Federal law and the United States Constitution (28 USC § 1331).

2. **Venue.** Venue is appropriate in this court because the Plaintiff was damaged in this district, and this is the judicial district in which the events giving rise to the claim occurred (28 USC § 1391).

3. **Intradistrict Assignment.** This lawsuit should be assigned to the San Jose Division of this Court because the Plaintiff was damaged in Santa Clara County, California (Civil Local Rule 3-2(c)).

4. **Parties.** PLAINTIFF KIEL J STURM is an adult individual resident of Santa Clara County, California. DEFENDANT THE WORLD is a horrible place to live and do business. DEFENDANT STATE OF CALIFORNIA is a rogue State within the UNITED STATES OF AMERICA.  DEFENDANT DOES 1

- 1 -

COMPLAINT FOR ALIEN TORT

through 7,000,000,000 inclusive are entities of unknown location, capacity and status that are alleged to have committed unlawful activities whether knowingly or unknowingly without restitution.

## STATEMENT OF PURPOSE

5.   PLAINTIFF KIEL J STURM has taken the initiative to legitimize Civil Rights in the Information Age and set a good example for DEFENDANT THE WORLD, and help DEFENDANT DOES 1 through 7,000,000,000 inclusive advance society together. PLAINTIFF KIEL J STURM does not resent DEFENDANT THE WORLD turning their backs on him.

## PRAYER FOR RELIEF

6.   The Plaintiff prays for the following relief:

    a.   Nominal damages in the amount of $1 for all unintentional unlawful activity by private natural persons and $1,000,000 for all intentional unlawful activity by private natural persons, $1,000,000,000 for all unlawful activity from non-natural domestic private entities, and $1,000,000,000,000 for unlawful activity by any domestic public entities or according to proof

    b.   Compensatory general and future damages according to proof

    c.   Reasonable attorney's fees if any, court costs, and expenses incurred

    d.   All other relief that is fair, just and equitable

Dated this January 13, 2011

KIEL J STURM

Plaintiff in pro per

PO Box 5381
Santa Clara CA 95056
Tel.: (408) 455-0829
Email: kiel@pobox.com

COMPLAINT FOR ALIEN TORT