UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KIEL J. STURM, | ) | Case No.: 11-CV-00236-LHK |
| Plaintiff, | ) | ORDER DISMISSING CASE |
| v. | ) | |
| THE WORLD, et al., | ) | |
| Defendants. | ) | |

On January 21, 2011, the Court dismissed Plaintiff's Complaint pursuant to the screening provisions of the *in forma pauperis* statute, 28 U.S.C. § 1915(e)(2). The Court granted Plaintiff leave to file an amended complaint within 30 days. The Court advised Plaintiff that if he did not file an amended complaint within 30 days of the Order, his case would be dismissed with prejudice. Plaintiff subsequently moved for reconsideration. In its order denying Plaintiff's motion for reconsideration, the Court reminded Plaintiff that he had until February 21, 2011 to file an amended complaint. The Court again stated that if Plaintiff did not file an amended complaint, or submit a well-justified request for an extension of time, by February 21, 2011, the Court would dismiss the case with prejudice. The deadline set by the Court has now passed, and Plaintiff has not filed an amended complaint or a request for an extension of time. Accordingly, the Court hereby DISMISSES the instant action with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 4, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00236-LHK
ORDER DISMISSING CASE