KIEL J STURM
PO Box 5381
Santa Clara CA 95056
Tel.: (408) 455-0829
Email: kiel@pobox.com

Plaintiff in pro per

FILED

2011 JUN -9  A 11: 38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIEL J STURM,

   Plaintiff,

vs.

THE WORLD, et al.,

   Defendants

Case No.: **5:11-CV-00236 LHK**

EX PARTE ADMINISTRATIVE MOTION SEALING ENTIRE CASE FILE UNDER LOCAL RULE 79-5; DISMISSING ACTION IN ITS ENTIRETY

### EX PARTE MOTION SEALING ENTIRE CASE FILE

As soon as this matter may be heard, Plaintiff KIEL J STURM moves the court for an order to seal all documents in this case file under Local Rule 79-5 and FRCivP 5.2(d), and for an order dismissing the action in its entirety. This motion shall be based on this brief and the documents in the case file. No notice has been given to any other party because no other parties were served any documents in the case.

Plaintiff would like to apologize for wasting the Court's time with this matter, a bi-product of a medical matter the Plaintiff had, and suggest that individuals need a more humane way of dealing with legal problems than Courts in this increasingly global world and the Internet Age.

Plaintiff does not believe there should be any objection and would like his blunder out of the public eye, as well as dismissing the entire case instead of being granted leave to amend. Plaintiff is usually capable of being a productive member of society, he is just struggling with illness.

Dated this June 7, 2011

_____
KIEL J STURM

Plaintiff in pro per

PO Box 5381
Santa Clara CA 95056
Tel.: (408) 455-0829
Email: kiel@pobox.com