UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIEL J. STURM,<br><br>                Plaintiff,<br>    v.<br><br>THE WORLD, et al.,<br><br>                Defendants. | Case No.: 11-CV-00236-LHK<br><br>ORDER DENYING MOTION TO SEAL; CONFIRMING DISMISSAL OF ACTION |

Plaintiff Kiel Sturm moves to seal all documents filed in this case and to dismiss the case in its entirety. As the Court explained in its previous order, court records may be sealed only upon a showing of "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (quotation marks and citation omitted). Under this standard, it is not enough to show that the records "may lead to a litigant's embarrassment, incrimination, or exposure to further litigation." *Id.* at 1179. Although the Court is sympathetic to Plaintiff's desire to keep his lawsuit out of the public eye, Plaintiff's wish to avoid embarrassment or public scrutiny is not sufficient to overcome the strong policy in favor of public access to court documents. The Court explained the "compelling reasons" standard in its prior order, *see* Order Denying Motion to Seal; Denying Motion for Leave to Amend, Dkt. No. 20, and Plaintiff has not presented any facts or arguments in his renewed motion that would satisfy this standard. Accordingly, Plaintiff's motion to seal all documents in this case is DENIED.

1

United States District Court
For the Northern District of California

Plaintiff also requests that the Court dismiss the entire case. The Court dismissed this case in its entirety on March 4, 2011. *See* Order Dismissing Case, Dkt. No. 17. The case has been closed since that date. Accordingly, Plaintiff's request to dismiss the entire case has already been granted. As the case has been dismissed and closed for over four months, Plaintiff is instructed not to file any further motions or requests in this case.

**IT IS SO ORDERED.**

Dated: July 19, 2011

LUCY H. KOH
United States District Judge

2
Case No.: 11-CV-00236-LHK
ORDER DENYING MOTION TO SEAL; CONFIRMING DISMISSAL OF ACTION